IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANIEL W. UHLFELDER,

     Appellant,

v.

WELLS FARGO BANK, N.A.,
SUCCESSOR-BY-MERGER TO
WACHOVIA BANK, N.A., A
NATIONAL BANKING
ASSOCIATION, FOREST LAKES
COMMUNITY OWNERS'
ASSOCIATION, INC., A
FLORIDA NON-PROFIT
CORPORATION; AND
UNKNOWN
SPOUSE/OWNER(S)/TENANT(S)
IN POSSESSION,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4381

Opinion filed December 1, 2015.

An appeal from an order of the Circuit Court for Walton County.
William P. White, Jr., Judge.

Daniel W. Uhlfelder, pro se, Appellant.

Joseph H. Lang, Jr. and Donald R. Kirk, of Carlton Fields Jorden Burt, P.A.,
Tampa, for Appellee.

PER CURIAM.

Upon consideration of appellant's response to the Court's order of October 26, 2015, the Court has determined that the appeal is premature. Accordingly, the appeal is dismissed for lack of jurisdiction.

ROBERTS, C. J., SWANSON and MAKAR, JJ., CONCUR.